# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

CHARLES NEWTON,

    Plaintiff,

  v.

ANDREW WINTERSTEEN *et al.,*

    Defendants.

Case No. 2:16-cv-01705-RFB-PAL

**ORDER TO PRODUCE CHARLES NEWTON, #1063241**

TO:    LT. DOUG GORDON, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:    BRIAN E. WILLIAMS, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

    **THE COURT HEREBY FINDS** that **CHARLES NEWTON, #1063241,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

    **IT IS ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **CHARLES NEWTON, #1063241,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7D, Las Vegas, Nevada, on or about Tuesday, February 13, 2018, at the hour of 11:00 a.m., to attend the hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **CHARLES NEWTON, #1063241,** is released and discharged by

the said Court; and that the said **CHARLES NEWTON, #1063241,** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

**DATED** this 27th day of January, 2018.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**