# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

CHARLES NEWTON,

    Plaintiff,

  v.

ANDREW WINTERSTEEN *et al.,*

    Defendants.

Case No. 2:16-cv-01705-RFB-PAL

**ORDER TO PRODUCE CHARLES NEWTON, #1063241**

TO:  MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:  BRIAN E. WILLIAMS, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **CHARLES NEWTON, #1063241,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **CHARLES NEWTON, #1063241,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las Vegas, Nevada, on or about August 17, 2018, at the hour of 10:00 a.m., to attend the hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **CHARLES NEWTON, #1063241,** is released and discharged by the said

Court; and that the said **CHARLES NEWTON, #1063241,** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

**DATED** this 1st day of August, 2018.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**