UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 18 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: CHARLES NEWTON. _____ CHARLES NEWTON, Petitioner, v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS, Respondent, ANDREW WINTERSTEEN and NATALIE WOOD, Real Parties in Interest. | No. 18-71889 D.C. No. 2:16-cv-01705-RFB-PAL District of Nevada, Las Vegas ORDER |

Before: HAWKINS, CLIFTON, and N.R. SMITH, Circuit Judges.

Petitioner's petition for a writ of mandamus seeks an order compelling the district court to "make a decision" in case No. 2:16-cv-01705-RFB-PAL. The district court docket indicates that on August 20, 2018, the district court granted summary judgment in favor of defendants on petitioner's claims. Accordingly, this petition for a writ of mandamus is denied as moot.

The motion to proceed in forma pauperis is denied as moot.

**DENIED.**

SLL/MOATT